**Fill in this information to identify the case:**

Debtor 1   Jon-Michael A Griffin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern   District of Tennessee
                                                              (State)

Case number   1:17-bk-12913-SDR

Form 4100R
# Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 9 5

**Court claim no.** (if known): 3-1

**Property address:** 82N Center St
Number    Street

Rossville            GA        30741
City                 State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   08 / 01 / 2021
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                                    (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:             + (b) $ _____

  c. **Total.** Add lines a and b.                                               (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
                                                                          MM / DD / YYYY

Form 4100R                         **Response to Notice of Final Cure Payment**                page 1

Debtor 1  **Jon-Michael A Griffin**
       First Name    Middle Name    Last Name

Case number (*if known*) **1:17-bk-12913-SDR**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mark A. Baker
Signature

Date  08/ 05 / 2021

Print: **Mark A. Baker**
First Name    Middle Name    Last Name

Title: **Attorney for Creditor**

Company: **McMichael Taylor Gray, LLC**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **3550 Engineering Drive, Suite 260**
Number    Street

**Peachtree Corners, GA 30092**
City    State    ZIP Code

Contact phone ( **404** ) **474** – **7149**

Email: **mbaker@mtglaw.com**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Jon-Michael Allen Griffin
82 North Center Street
Rossville, GA 30741

**Via CM/ECF electronic service:**

Kenneth C. Rannick
Kenneth C. Rannick P.C.
4416 Brainerd Road
Chattanooga, TN 37411

Kara L. West
Chapter 12 & 13 Trustee
P.O. Box 511
Chattanooga, TN 37401

Dated: August 5, 2021

                                                Respectfully submitted,

/s/ Mark A. Baker
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com